**SMITH-LEE COMPANY, Inc., Plaintiff Appellant, v. PLYMPTON PAPER PRODUCTS CORPORATION, Defendant Appellee.**

(Circuit Court of Appeals, Second Circuit. March 7, 1927.)

No. 226.

Appeal from the District Court of the United States for the Southern District of New York.

A. Parker-Smith, of New York City (James S. Watson, of New York City, of counsel), for appellant.

Stockbridge & Borst, of New York City (Victor D. Borst, of New York City, of counsel), for appellee.

Before MANTON, HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree (18 F.[2d] 153) affirmed, with costs.